UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC B. MAYS,

    Plaintiff,                                     Case No. 23-cv-12705
                                                    Hon. Matthew F. Leitman
v.

LADEL LEWIS, *et al.*,

    Defendant.

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF No. 14)

On December 6, 2023, the Court held a hearing on Plaintiff's motion for a temporary restraining order. (*See* Mot., ECF No. 14.) For the reasons stated on the record, the motion is **DENIED**.

**IT IS SO ORDERED.**

                                                               s/Matthew F. Leitman
                                                               MATTHEW F. LEITMAN
                                                               UNITED STATES DISTRICT JUDGE
                                                               ACTING IN THE ABSENCE OF
                                                               DISTRICT JUDGE FRANCES K. BEHM

Dated: December 6, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 6, 2023, by electronic means and/or ordinary mail.

                                        <u>s/Holly A. Ryan</u>
                                        Case Manager
                                        (313) 234-5126