UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC B. MAYS,                                                       Case No. 23-12705

    Plaintiff,                                                            F. Kay Behm
v.                                                                              United States District Judge

LADEL LEWIS, *et al.*,

    Defendants.
_____ /

**ORDER DENYING MOTION FOR TEMPORARY**
**RESTRAINING ORDER (ECF No. 19)**

Plaintiff, Eric Mays, filed this lawsuit on October 25, 2023 against Ladel Lewis, Eva Worthing, Chief Terence Green, the City of Flint, and the Flint Police Department. (ECF No. 1). He filed an amended complaint on November 21, 2023. (ECF No. 7). Mays filed a motion for temporary restraining order (TRO) on December 6, 2023, which was denied by District Judge Matthew F. Leitman. (ECF Nos. 14, 18). Mays re-filed his motion for TRO on December 22, 2023. (ECF No. 19). Defendants filed a response on December 27, 2023. (ECF No. 20). Mays has not filed a reply.

The court held a hearing via ZOOM on January 11, 2024.  For the reasons set forth on the record, Plaintiff's motion for temporary restraining order is **DENIED**.

**SO ORDERED**.

Date: January 11, 2024                              s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge