# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| ERIC B. MAYS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF FLINT, MICHIGAN, by and through the FLINT CITY COUNCIL and FLINT POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No. 4:23-cv-12705-FKB-DRG Hon. F. Kay Behm<br>Magistrate David R. Grand |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY [ECF NO. 41]

AND NOW, this 29th day of May, 2024, upon consideration of Plaintiff's Motion to Substitute Party, said Motion is **GRANTED**.

It is **ORDERED** that ERIC HAKEEM DEONTAYE MAYS, Personal Representative of the Estate of Eric B. Mays, deceased shall be substituted as the plaintiff in this case.

　　　　　　　　　　　　　　　　　　　　s/ F. Kay Behm
　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: 5/29/2024